IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARGARET THOMAS, M.D.,

    Plaintiff,

v.                                                       Case No.:18-cv-00238-NF/KHR

MEMORIAL MEDICAL CENTER (Las Cruces); et al.,

    Defendants.

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Margaret Thomas, by and through her counsel, Merit Bennett of The Bennett Law Group LLC, and Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), submits this Notice of Dismissal and requests that the Court dismiss this action with prejudice. This matter was previously dismissed without prejudice by Plaintiff's Notice of Dismissal filed July 2, 2018 (Docket No. 6). Any remaining costs shall be taxed to Plaintiff.

                                                Respectfully submitted,

                                        By:   /s/ *Merit Bennett*
                                              Merit Bennett, Esq.
                                              460 St. Michael's Drive, Suite 703
                                              Santa Fe, New Mexico 87505
                                              Ph: 505-983-9834 | Fax: 505-983-9836
                                              Email: mb@thebennettlawgroup.com
                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of November, 2018, we filed the foregoing pleading electronically through the CM/ECF system, which notified the following counsel of record as more fully reflected in the Notice of Electronic Filing:

> MONTGOMERY & ANDREWS, P.A.
> Attorney: David H. Johnson
> Email: djohnson@montand.com
> Attorney: Deborah E. Mann
> Email: dmann@montand.com
>
> WALLER LANSDEN DORTCH & DAVIS, LLP
> Attorney: Mark W. Peters (pro hac vice)
> Email: mark.peters@wallerlaw.com
> Attorney: K. Coe Heard (pro hac vice)
> Email: coe.heard@wallerlaw.com
> *Attorneys for PHC-Las Cruces, Inc. d/b/a*
> *Memorial Medical Center and the Individual Defendants*
>
> THOMPSON MILLER & SIMPSON, PLC
> Email: TThompson@Tmslawplc.com
> Attorney: Ian Davis
> Email: IDavis@tmslawplc.com
>
> MICHAEL W. BRENNAN, P.A.
> Attorney: Michael W. Brennan
> Email: mwbrennanlaw@gmail.com
> *Attorneys for the LifePoint Defendants*

THE BENNETT LAW GROUP LLC

By: __/s/ Merit Bennett__
 *Attorney for Plaintiff*